**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                              NO. 4:04CR00282-03 GTE

**WILLIE JAMES JONES**

## ORDER AND JUDGMENT

The above entitled cause came on for hearing on the Petition to Revoke Supervised Release filed by the Government on March 16, 2007. The Defendant admitted the allegations contained in the Violation Memorandum were true during the hearing, therefore the Court finds that Defendant, Willie James Jones, violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this Defendant, Willie James Jones, on July 7, 2006, be, and it is hereby, **REVOKED**.

IT IS FURTHER ORDERED that the defendant serve a period of imprisonment of TWELVE (12) MONTHS in the custody of the Bureau of Prisons. The Court recommends the defendant participate in non-residential substance abuse treatment and educational and vocational programs during incarceration.

A period of supervised release of Eighteen (18) Months is imposed to begin upon release from defendant's term of imprisonment.

During supervised release the defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall disclose financial information upon request of the U.S. Probation office, including, but not limited to, loans, lines of credit and tax returns.  This also includes records of any business with which the defendant is associated.  No new lines of credit shall be established without prior approval of the U.S. Probation office.

Restitution of $22,429.37 is mandatory and is payable during incarceration and supervised release.  During incarceration the defendant will pay 50% per month of all funds that are available to him.  During community confinement placement, payments will be reduced to 10% of the defendant's gross monthly income.  Beginning the first month of supervised release, payments will be 10% per month of the defendant's monthly gross income.  The interest is waived pursuant to 18 U.S.C. § 3612.

The Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 23rd day of May, 2007.

    /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE